UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITY MUTUAL LIFE INSURANCE
COMPANY OF NEW YORK,

    Plaintiff,

v.                              CASE NO. 8:03-cv-2129-T-23EAJ

RICHARD M. SALZGEBER et al.,

    Defendants.
_____/

## O R D E R

The Court is advised that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment pursuant to Rule 23(e), Federal Rules of Civil Procedure, or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate all pending motions and (2) close the file.

ORDERED in Tampa, Florida, on May 30, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy