UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITY MUTUAL LIFE INSURANCE
COMPANY OF NEW YORK,

    Plaintiff,

v.                                CASE NO. 8:03-cv-2129-T-23EAJ

RICHARD M. SALZGEBER et al.,

    Defendants.
_____/

## O R D E R

The parties file a stipulation (Doc. 32) of dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. The stipulation (Doc. 32) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on June 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy